| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar # 161566 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | HUMBERTO LEPE CERVANTES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-11-369 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) | **STATUS CONFERENCE AND TO EXCLUDE** |
| | ) | **TIME** |
| | ) | |
| HUMBERTO LEPE CERVANTES, | ) | Date: February 14, 2012 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: John A. Mendez |
| _____ | ) | |

It is hereby stipulated and agreed to by and between the United States of America, through Samuel Wong, Assistant U.S. Attorney, and defendant, HUMBERTO LEPE CERVANTES, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Tuesday, January 31, 2012, be vacated and a new status conference / possible change of plea hearing date of Tuesday, February 14, 2012, at 9:30 a.m., be set.

The reason for this continuance is because negotiations are still ongoing between the parties and additional time is needed to reach a final resolution.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including February 14, 2012, pursuant to 18 U.S.C §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served

/ / /

/ / /

in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: January 30, 2012                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                            /s/ Matthew C. Bockmon
                                           MATTHEW C. BOCKMON
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           HUMBERTO LEPE CERVANTES

Dated: January 30, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney

                                            /s/ Matthew C. Bockmon for
                                           SAMUEL WONG
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 30, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Tuesday, January 31, 2012, be vacated and that the case be set for status conference / possible change of plea hearing on **Tuesday, February 14, 2012, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 30, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including February 14, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: January 30, 2012

                                           /s/ John A. Mendez
                                           JOHN A. MENDEZ
                                           United States District Judge