1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  HUMBERTO LEPE CERVANTES

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  NO. CR-S-11-369 JAM
                                      )
12 |         Plaintiff,                )
                                      )  **STIPULATION AND ORDER TO CONTINUE**
13 |    v.                             )  **STATUS CONFERENCE AND TO EXCLUDE**
                                      )  **TIME**
14 |                                   )
   | HUMBERTO LEPE CERVANTES,         )  Date:  March 6, 2012
15 |                                   )  Time:  1:30 p.m.
   |         Defendant.                )  Judge: John A. Mendez
16 | _____   )

17        It is hereby stipulated and agreed to by and between the United States of America, through Samuel

18 Wong, Assistant U.S. Attorney, and defendant, HUMBERTO LEPE CERVANTES, by and through his

19 counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference /possible change of plea

20 hearing date of Tuesday, February 14, 2012, be continued to Tuesday, March 6, 2012, at 1:30 p.m.

21        The reason for this continuance is because negotiations between the parties are still ongoing, and

22 defense counsel needs additional time to discuss with the client defenses to possible new charges and

23 ramifications of any guilty pleas pursuant to any tendered plea agreement. This task is made more difficult

24 because CERVANTES is a Spanish language speaker and an interpreter is needed to aid in any attorney-client

25 communications.

26        It is further stipulated that the Court should exclude from computation of time within which the trial

27 of this case must be commenced under the Speedy Trial Act time from the date of this stipulation, February

28 10, 2012, through and including March 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable

time to prepare] and Local Code T4.  The parties further stipulate and agree that the Court should find that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  February 10, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
HUMBERTO LEPE CERVANTES

Dated:  February 10, 2012

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

Based on the reasons set forth in the stipulation of the parties filed on February 10, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference / possible change of plea hearing date of Tuesday, February 14, 2012, be vacated and that the case be set for **Tuesday, March 6, 2012, at 1:30 p.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 10, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of February 10, 2012, through and including March 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:  February 10, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge