```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar # 161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  HUMBERTO LEPE CERVANTES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-11-369 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) | **STATUS CONFERENCE AND TO EXCLUDE** |
| | ) | **TIME** |
| HUMBERTO LEPE CERVANTES, | ) | Date: April 10, 2012 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: John A. Mendez |
| _____ | ) | |

It is hereby stipulated and agreed to by and between the United States of America, through Samuel Wong, Assistant U.S. Attorney, and defendant, HUMBERTO LEPE CERVANTES, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference /possible change of plea hearing date of Tuesday, March 6, 2012, be continued to Tuesday, April 10, 2012, at 9:30 a.m.

The reason for this continuance is because negotiations between the parties are still ongoing, and defense counsel needs additional time to discuss with the client defenses to possible new charges and ramifications of any guilty pleas pursuant to any tendered plea agreement. This task is made more difficult because CERVANTES is a Spanish language speaker and an interpreter is needed to aid in any attorney-client communications.

It is further stipulated that the Court should exclude from computation of time within which the trial of this case must be commenced under the Speedy Trial Act time from the date of this stipulation, March 2, 2012, through and including April 10, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable

time to prepare] and Local Code T4. The parties further stipulate and agree that the Court should find that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: March 2, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
HUMBERTO LEPE CERVANTES

Dated: March 2, 2012

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 2, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference / possible change of plea hearing date of Tuesday, March 6, 2012, be vacated and that the case be set for **Tuesday, April 10, 2012, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 2, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of March 2, 2012, through and including April 10, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: March 2, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge