DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUMBERTO LEPE CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-11-369 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) | **STATUS CONFERENCE AND TO EXCLUDE** |
| | ) | **TIME** |
| | ) | |
| HUMBERTO LEPE CERVANTES, | ) | Date:   June 12, 2012 |
| | ) | Time:   9:30 a.m. |
| Defendant. | ) | Judge:  John A. Mendez |
| _____ | ) | |

It is hereby stipulated and agreed to by and between the United States of America, through Samuel Wong, Assistant U.S. Attorney, and defendant, HUMBERTO LEPE CERVANTES, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference / possible change of plea hearing date of Tuesday, May 8, 2012, be continued to Tuesday, June 12, 2012, at 9:30 a.m.

The reason for this continuance is because negotiations between the parties are still ongoing, and defense counsel needs additional time to discuss with the client defenses to possible new charges and ramifications of any guilty pleas pursuant to any tendered plea agreement. This task is made more difficult because CERVANTES is a Spanish language speaker and an interpreter is needed to aid in any attorney-client communications.

It is further stipulated that the Court should exclude from computation of time within which the trial of this case must be commenced under the Speedy Trial Act time from the date of this stipulation, May 7, 2012, through and including June 12, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time

| | |
|---|---|
| 1 | to prepare] and Local Code T4. The parties further stipulate and agree that the Court should find that the ends |
| 2 | of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh |
| 3 | the best interest of the public and the defendant to a speedy trial. |
| 4 | Dated: May 7, 2012                                        Respectfully submitted, |
| 5 |                                                          DANIEL J. BRODERICK |
| 6 |                                                          Federal Defender |
| 7 |                                                          _/s/ Matthew C. Bockmon_____ |
|   |                                                          MATTHEW C. BOCKMON |
| 8 |                                                          Assistant Federal Defender |
|   |                                                          Attorney for Defendant |
| 9 |                                                          HUMBERTO LEPE CERVANTES |
| 10 | Dated: May 7, 2012                                       BENJAMIN B. WAGNER |
|   |                                                          United States Attorney |
| 11 |                                                          |
| 12 |                                                          _/s/ Matthew C. Bockmon for_____ |
|   |                                                          SAMUEL WONG |
| 13 |                                                          Assistant U.S. Attorney |
|   |                                                          Attorney for Plaintiff |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 7, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference / possible change of plea hearing date of Tuesday, May 8, 2012, be vacated, and that the case be set for **Tuesday, June 12, 2012, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 7, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of May 7, 2012, through and including June 12, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: May 7, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

2