```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-369 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| HUMBERTO LEPE CERVANTES, | Court: Hon. John A. Mendez |
| Defendant. | |

It is hereby stipulated and agreed to by the parties, through their undersigned counsel, that:

1. The presently set July 9, 2013, status conference shall be continued to August 27, 2013, at 9:45 a.m.

2. The time period from the date of this stipulation, July 5, 2013, to and including, the new status conference hearing of August 27, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to defense preparation.

3. The parties jointly request this continuance to allow

1

the United States time to respond to defendant's discovery request for photographs of the clothing and other gear worn by the officer who arrested defendant on August 2, 2011. Compliance with defendant's request is made more difficult due to the time that has elapsed from the date of the arrest and defendant's request, and the fact that the arresting officer previously transferred his uniform and gear when he was re-assigned from the unit that handles the investigation of outdoor marijuana gardens. Nevertheless, the United States and the arresting officer are making progress in gathering up the uniform and gear or very similar uniform gear worn by the arresting officer at the time he arrested defendant.

Once defense counsel receives this additional new discovery, defense counsel desires additional time to consider and research how that additional discovery impacts the preparation of the defense case. Defense counsel also desires additional time to advise defendant regarding the ramifications of the new discovery to be provided by the United States and discuss with defendant whether he desires to resolve this case before trial.

The parties further stipulate and agree that the Court shall find that: (1) the failure to grant a continuance in this case would deny respective counsel for each party reasonable time necessary for effective preparation, taking into account the

///
///
///

2

exercise of due diligence; and (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: July 5, 2013        Respectfully submitted,

/s/ Dina Santos
DINA SANTOS
Attorney for Defendant
HUMBERTO LEPE CERVANTES
(per email authorization)

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

3

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | Based on the representations and stipulations of the |
| 4 | parties, and good cause appearing therefrom, the Court orders |
| 5 | that the presently set July 9, 2013, status conference shall be |
| 6 | continued to August 27 2013, at 9:45 a.m.  The Court orders that |
| 7 | time from the date of the parties' stipulation, July 5, 2013, to, |
| 8 | and including the new status conference on August 27 2013, shall |
| 9 | be excluded from computation of time within which the trial of |
| 10 | this case must be commenced under the Speedy Trial Act, 18 U.S.C. |
| 11 | § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to |
| 12 | reasonable time necessary for preparation of respective counsel |
| 13 | for each party. |
| 14 | The Court finds that the failure to grant a continuance in |
| 15 | this case would deny respective counsel for each party reasonable |
| 16 | time necessary for effective preparation, taking into account the |
| 17 | exercise of due diligence.  The Court finds that the ends of |
| 18 | justice to be served by granting the requested continuance |
| 19 | outweigh the best interests of the public and the defendant in a |
| 20 | speedy trial. |
| 21 | It is so ordered. |

Dated: 7/8/2013   /s/ John A. Mendez
                  JOHN A. MENDEZ
                  United States District Court Judge